AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____

United States of America  )
_____Plaintiff_____ )
          v.              )  Case No. _____
Milesh Talreja            )
_____Defendant_____ )
                          )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Milesh Talreja

Date: 2/5/20

_____
Attorney's signature

Alisha L. McCarthy  5053285
Printed name and bar number

485 Lexington Avenue
Address

amccarthy@phillipsnizer.com
E-mail address

202-280-9577
Telephone number

_____
FAX number