Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Alexander Li, Tel: 212-637-2265

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Milesh Talreja | ) | Case No. |
| | ) | |
| | ) | **20 MAG 983** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Milesh Talreja, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Bank fraud, in violation of 18 U.S.C. §§ 1344 and 2

Date:   01/28/2020

*Issuing officer's signature*

City and state:   New York, NY

Hon. James L. Cott, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/2020, and the person was arrested on *(date)* 2/5/2020
at *(city and state)* New York, NY.

Date: 2/5/2020

*Arresting officer's signature*

David Nigro, Special Agent
*Printed name and title*