UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

⎕ ORIGINAL

----------------------------------------------------------X

UNITED STATES OF AMERICA

v.                                                                **Order of Continuance**

MILESH TALREJA,                                                   **20 Mag. 983**

*Defendant.*

----------------------------------------------------------X

Upon the application of the United States of America and the affirmation of Alexander Li,

Assistant United States Attorney for the Southern District of New York, it is found that the

defendant was charged with a violation of 18 U.S.C. § 1344 (bank fraud), in a complaint dated

January 28, 2020, and was arrested on February 5, 2020;

It is further found that the defendant was presented before Magistrate Judge Sarah Netburn

on February 5, 2020, and was ordered detained;

It is further found that Ilene Jaroslaw, Esq., counsel for defendant, and Assistant United

States Attorney Alexander Li have been engaged in, and are continuing, discussions concerning a

possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage

in further discussions with counsel about the disposition of this case and that the defendant, through

counsel, has consented that such a continuance may be granted for that purpose and has specifically

waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice

and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it

is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until April 6, 2020, and that a copy of this Order and the affirmation of Assistant United States Attorney Alexander Li be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York

March 6 , 2020

_____
UNITED STATES MAGISTRATE JUDGE