JUDGE KEENAN

ORIGINAL

WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA  :  NOTICE OF INTENT TO FILE
           - v. -  :  AN INFORMATION

: 20 Cr. ___

MILESH TALREJA,  :

        Defendant.  :  20 CRIM 233

----------------------------------X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Federal Rule of Criminal Procedure 7(b).

Dated: New York, New York
March 20, 2020

                  GEOFFREY S. BERMAN
                  United States Attorney
                  Southern District of New York

By: _____
     ALEXANDER LI
     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
     ILENE JAROSLAW, ESQ.
     PHILLIPS NIZER LLP
     Attorney for Milesh Talreja