UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA       :   WAIVER OF INDICTMENT

      - v. -                    :   20 Cr. ___

MILESH TALREJA,                :   

             Defendant.       :
------------------------------------X

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1344, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                _____
                                MILESH TALREJA
                                Defendant

                                _____
                                Witness

                                _____
                                ILENE JAROSLAW, ESQ.
                                PHILLIPS NIZER LLP
                                Attorney for Milesh Talreja

Date:   New York, New York
        March 26, 2020