# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20 CR 233 (JFK) |
| Miles Talreja | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miles Talreja

Date: 03/26/2020

*Attorney's signature*

Ilene Jaroslaw
*Printed name and bar number*

Phillips Nizer LLP
485 Lexington Avenue, 14th Floor
New York, NY 10017

*Address*

ijaroslaw@phillipsnizer.com
*E-mail address*

(212) 841-1343
*Telephone number*

*FAX number*