

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Milesh Talreja</u>, No. 20 Cr. 233 (JFK)

Dear Judge Keenan:

    On March 26, 2020, a change of plea hearing was conducted in this case before Magistrate Judge Cave pursuant to this Court's referral. I have attached to this letter the transcript of the change of plea proceeding, the referenced *Pimentel* letter, and a proposed order accepting the defendant's guilty plea to the sole count of the Information. The Government respectfully requests that the Court accept the defendant's plea of guilty and enter the attached order.

    Pursuant to the Court's instruction, the Government understands sentencing will be held on July 1, 2020 at 11:00 a.m., and both parties' sentencing submissions are due June 25, 2020.

                               Respectfully submitted,

                               GEOFFREY S. BERMAN
                               United States Attorney

by: _____
      Alexander Li
      Assistant United States Attorney
      (212) 637-2265

cc: Ilene Jaroslaw, Esq. (*by ECF*)