UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MILESH TALREJA,

        Defendant.

**ORDER**

**20 Cr. 233 (JFK)**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 26, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:     New York, New York

          _____, 2020

                                        _____
                                        THE HONORABLE JOHN F. KEENAN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK