

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Milesh Talreja</u>, 20 Cr. 233 (JFK)

Dear Judge Keenan:

      Pursuant to Federal Rule of Criminal Procedure 32.2, the Government respectfully requests the Court enter the attached Preliminary Order of Forfeiture / Money Judgment in advance of the defendant's sentencing on July 1, 2020.

      On March 26, 2020, the defendant pleaded guilty before Magistrate Judge Cave to Count One of an Information charging him with bank fraud, in violation of 18 U.S.C. §§ 1344 and 2. The Court accepted the plea on April 7, 2020. The Information contained a forfeiture allegation as to Count One. Based upon discussions with the relevant bank, the Government asserts that the unrecovered loss caused by the defendant is $116,692.73, and that amount is therefore subject to forfeiture.

      On March 27, 2020, the Government e-mailed the attached Preliminary Order of Forfeiture / Money Judgment to defense counsel and solicited any objections to the proposed order. To date, defense counsel has not advised the Government of any objection.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

by: _____
      Alexander Li
      Assistant United States Attorney
      (212) 637-2265

cc:    Ilene Jaroslaw, Esq. (*via ECF*)
       Alisha McCarthy, Esq. (*via ECF*)