

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2020

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Milesh Talreja, No. 20 Cr. 233 (JFK)

Dear Judge Keenan:

The Government writes to request an immediate telephonic conference concerning the defendant's apparent bail jumping and disappearance. If the defendant fails to appear at the conference, the Government intends to request a warrant for the defendant's arrest.

On March 26, 2020, the defendant pleaded guilty to an information and was released on bail subject to certain conditions, including that he report as directed to Pretrial Services, surrender his travel documents, and provide two financially responsible co-signers for his $100,000 personal recognizance bond. On March 27, 2020, Pretrial Services spoke by telephone with the defendant, who acknowledged the conditions of his release and was instructed to report weekly by telephone.

Since March 27, 2020 — *i.e.*, for more than a month — the defendant has made no contact with Pretrial Services. His whereabouts are unknown: Despite diligent efforts to locate the defendant, including by calling the telephone number provided by the defendant and by making inquiries to family members and local hospitals, Pretrial Services has been entirely unable to reach the defendant. Troublingly, we understand defense counsel also has been unable to reach to the defendant.

On April 2, 2020, defense counsel advised that the defendant would mail his passport that day to Pretrial Services. To date, however, Pretrial Services has not received the passport. Nor has the defendant provided his two financially responsible co-signers.

      Because the defendant appears to have absconded, the Government respectfully requests a telephonic conference at the Court's earliest availability. The parties are available anytime tomorrow or, if necessary, anytime Friday other than from noon to 4:00 p.m.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

by: _____
                Alexander Li
                Assistant United States Attorney
                (212) 637-2265

cc: Ilene Jaroslaw, Esq. (*by ECF*)
    U.S. Pretrial Officer Dayshawn Bostic (*by email*)