USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :    No. 20 Cr. 233 (JFK)
                                    :
MILESH TALREJA,                     :    **ORDER**
                                    :
               Defendant.           :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

  A telephonic conference in this case is scheduled for 1:00 p.m. on April 30, 2020 at the following dial-in:

  AT&T Conference Line:  1-888-363-4749
  Access Code:  788 3927 #

  The Clerk of Court is directed to terminate the letter motion docketed at ECF No. 19.

**SO ORDERED.**

Dated:   New York, New York
         April 30, 2020

                                         _____
                                              John F. Keenan
                                         United States District Judge