

485 Lexington Avenue
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

New York • New Jersey

www.phillipsnizer.com

Ilene Jaroslaw
(212) 841-1343
ijaroslaw@phillipsnizer.com

May 5, 2020

*Via ECF and Email*

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**\*\*\*MEMO ENDORSED\*\*\***

   Re: *United States v. Miles Talreja*, 20 CR 233 (JFK)

Dear Judge Keenan:

   I respectfully request a modification of the bond conditions for my client, Miles Talreja. The government consents to this application.

   After Mr. Talreja entered his guilty plea on March 26, U.S. Magistrate Judge Sarah L. Cave released him from the MCC on terms that included a $100,000 bond with two sureties and travel restricted to the Southern and Eastern Districts of New York. As the Court knows, Mr. Talreja traveled outside those districts and returned to New York City on April 30. On May 1, Mr. Talreja reported to Pretrial Services in the Southern District of New York, surrendered all travel documents, and was outfitted with a GPS bracelet.

   Mr. Talreja has been unable to identify two U.S.-based sureties. He arrived in the United States in October 2019, and those whom he has contacted have immigration concerns or have had economic setbacks due to COVID-19.

   I therefore respectfully request that the bond be modified to eliminate the requirement for co-signers on the bond. I have discussed this request with AUSA Alexander Li and the government has no objection to this application. The fact that Pretrial Services is now

monitoring Mr. Talreja via GPS bracelet provides assurance that Mr. Talreja will appear before the Court at all future proceedings.

Respectfully submitted,

Ilene Jaroslaw

cc: AUSA Alexander Li, *via ECF and Email*

## \*\*\*MEMO ENDORSED\*\*\*

The Government having no objection, Defendant's request is GRANTED. Defendant's bond is hereby modified to eliminate the requirement for co-signers on the bond.

SO ORDERED.

Dated:   New York, New York
         May 6, 2020

John F. Keenan
United States District Judge