**PHILLIPS NIZER** LLP

485 Lexington Avenue
New York, NY  10017-2643
212.977.9700
Fax 212.262.5152

New York • New Jersey

www.phillipsnizer.com

Ilene Jaroslaw
(212) 841-1343
ijaroslaw@phillipsnizer.com

May 13, 2020

*Via ECF and Email*



The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Miles Talreja*, 20 CR 233 (JFK)

Dear Judge Keenan:

      I respectfully request a modification of the travel restrictions for my client, Miles Talreja, to include the District of New Jersey. The government consents to this application, as does the Pretrial Services Officer supervising Mr. Talreja.

      Mr. Talreja currently resides in an apartment in Manhattan. He would like to relocate to an apartment in the vicinity of Jersey City or Hoboken in order to save a substantial amount on monthly rent. He has looked at apartments online but would like to inspect them in person. Mr. Talreja has discussed with Pretrial Services his desire to move to a less expensive apartment in New Jersey, and his supervising officer does not object to such a move if the Court approves the expansion of Mr. Talreja's travel restrictions to include New Jersey. Mr. Talreja will, of course, keep Pretrial Services apprised of any planned move well in advance of a move-in date.

      Presently, Mr. Talreja is monitored by Pretrial Services via GPS monitor and awaits sentencing while free on a $100,000 personal recognizance bond. His current travel restrictions include only the Southern and Eastern Districts of New York.

                                                                    Respectfully submitted,

                                                                      Ilene Jaroslaw

1440177.1

PHILLIPS NIZER LLP

The Honorable John F. Keenan
May 13, 2020
Page 2

cc: AUSA Alexander Li, *via ECF and Email*



The Government and Pretrial Services consenting in the request,

IT IS HEREBY ORDERED THAT THE TRAVEL RESTRICTIONS IN THE DEFENDANT'S BOND BE MODIFIED TO INCLUDE THE DISTRICT OF NEW JERSEY AS WELL AS THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK:

SO ORDERED.

Dated:  New York, New York
        May 14, 2020

_____
            John F. Keenan
        United States District Judge

1440177.1