UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

            -V-

        Talreja

------------------------------X

#20 Cr 233 (JFK)

The sentence in this case is adjourned from July 1, 2020 to Tuesday, July 28, 2020 at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
6-8-20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-8-20

JOHN F. KEENAN
United States District Judge