```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-17-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
            U.S.A.

             -V-                                                #20 CR 233 (JFK)

            Talreja

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The sentence in this case is adjourned from July 28, 2020 to September 14, 2020 at 11:30 a.m. in Courtroom 20-C. Sentencing submissions are due August 28, 2020.

SO ORDERED.

Dated: New York, New York

6-17-20

_John F. Keenan_
JOHN F. KEENAN
United States District Judge