

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2020

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Milesh Talreja</u>, No. 20 Cr. 233 (JFK)

Dear Judge Keenan:

The Government writes to request the Court immediately issue a warrant for the arrest of the defendant, who is currently released on bail pending sentencing. The Government further requests the Court set a telephonic conference, at which the Government will move to revoke the defendant's bail. *See* 18 U.S.C. § 3148(b). As set forth below, the defendant cut his GPS bracelet and — by his own admission — fled the country today.

On March 26, 2020, the defendant pleaded guilty to bank fraud, in violation of 18 U.S.C. § 1344, and was released on bail subject to certain conditions, including that he surrender all travel documents and restrict his travel to the Southern and Eastern Districts of New York. On March 27, 2020, Pretrial Services spoke by telephone with the defendant, who acknowledged the conditions of his release and was instructed to report weekly by telephone. On April 2, 2020, defense counsel advised the Government that the defendant would mail his Australian passport that day to Pretrial Services.

On April 30, 2020, the Court held a telephonic bail review conference because the defendant had neither mailed his Australian passport to Pretrial Services nor made any contact with Pretrial Services since March 27, 2020. The defendant did not appear at the conference. The Court stated that it would issue a bench warrant unless the defendant contacted Pretrial Services before 3:00 p.m. that day, in which case the defendant would be subject to the additional condition of standalone GPS monitoring. Immediately after the conference, the defendant contacted Pretrial Services and stated he was in Philadelphia. The defendant reported the next day to Pretrial Services in New York, surrendered his Australian passport, and was issued a GPS monitor.

On June 21, 2020, at approximately 6:53 a.m., the defendant's GPS monitor left the defendant's apartment in Manhattan, New York ("Location-1"). At approximately 7:29 a.m., the GPS monitor issued (1) a strap tamper alert indicating the GPS monitor strap had been damaged, and (2) a proximity tamper alert, indicating the defendant's GPS monitor was no longer near his leg. At the time of the tamper alerts, the GPS monitor was near the defendant's prior apartment in

Manhattan, New York ("Location-2"), which is located approximately three blocks away from Location-1. Between approximately 1:45 p.m. and approximately 3:00 p.m., law enforcement agents knocked on the doors of the defendant's current apartment at Location-1, and the defendant's prior apartment near Location-2. There was no answer at either door.

On June 21, 2020, at approximately 1:48 p.m., defense counsel advised the Government that the defendant had just sent an email stating that he had left the country.

Because the defendant has absconded, the Government respectfully requests that the Court issue a warrant for his arrest. The Government further requests that the Court set a telephonic conference, at which the Government will move to revoke the defendant's bail. A proposed warrant is submitted herewith.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Alexander Li
    Assistant United States Attorney
    (212) 637-2265

cc: Ilene Jaroslaw, Esq. (*by ECF*)
    U.S. Pretrial Officer Joshua Rothman (*by email*)