

485 Lexington Avenue
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

New York • New Jersey

www.phillipsnizer.com

Ilene Jaroslaw
(212) 841-1343
ijaroslaw@phillipsnizer.com

August 18, 2020

*Via ECF and Email*

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Miles Talreja*, 20 CR 233 (JFK)

Dear Judge Keenan:

      This firm represents the defendant, Milesh Talreja, in the above-referenced action. I respectfully submit this letter motion to request permission, pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, to withdraw as counsel for Mr. Talreja.

      As is stated in my declaration submitted herewith, Mr. Talreja previously entered a guilty plea and was released from detention, subject to certain bail restrictions, to await sentencing. We understand that he has now departed the United States but we do not have any further information as to his whereabouts. Mr. Talreja has proceeded with a course of action that is contrary to our advice, and in the limited communications we have received from him, he has asked that we file this application to withdraw as his counsel. These circumstances have made it untenable for us to continue as his counsel.

      We can provide the Court with more information in camera if needed. We appreciate the Court's consideration of this matter.

                                                      Respectfully submitted,

                                                      Ilene Jaroslaw

cc: AUSA Alexander Li (*via ECF and Email*)

1448620.1