```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES,                                                :    Case No. 20 CR 233 (JFK)
                                                              :
                v.                                            :    **DECLARATION OF ILENE**
                                                              :    **JAROSLAW IN SUPPORT OF**
MILESH TALREJA,                                               :    **MOTION FOR PERMISSION**
                                                              :    **TO WITHDRAW**
                                Defendant.                    :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------ x
```

ILENE JAROSLAW, an attorney duly admitted to practice before this Court, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am a partner with the firm of Phillips Nizer LLP, counsel of record for the defendant, Milesh Talreja, in the above-captioned action. I submit this declaration in support of our motion for permission to withdraw as counsel of record for Mr. Talreja.

2. Mr. Talreja previously pleaded guilty to the charges asserted against him in this matter and was released from detention, subject to certain restrictions, to await sentencing.

3. I understand that Mr. Talreja has now departed the United States, but this law firm does not have any further information as to his whereabouts. Mr. Talreja has proceeded with a course of action that is contrary to our advice.

4. Further, although we have had limited communication with Mr. Talreja since he left this jurisdiction, he has contacted us to request that we file this application to withdraw as his counsel.

5. These circumstances have made it untenable for us to continue as his counsel of record. Accordingly, I respectfully request that the Court grant the motion submitted herewith.

1448627.1

6. Phillips Nizer LLP is not asserting a retaining or charging lien with respect to this matter.

Dated: August 18, 2020
      New York, New York

                        /s/ Ilene Jaroslaw
                        ILENE JAROSLAW