UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES,

              v.

MILESH TALREJA,

            Defendant.

------------------------------------------------------------- x

Case No. 20 CR 233 (JFK)

**[PROPOSED] ORDER
GRANTING PERMISSION TO
WITHDRAW AS COUNSEL**

Upon the Declaration of Ilene Jaroslaw dated August 18, 2020, the letter motion dated August 18, 2020, and all of the relevant papers on file with the Court in this matter:

**IT IS HEREBY ORDERED** that Ilene Jaroslaw, Alisha McCarthy, and Phillips Nizer LLP are permitted to withdraw as counsel of record for the defendant, Milesh Talreja. The Clerk of Court is respectfully directed to remove Ms. Jaroslaw, Ms. McCarthy, and Phillips Nizer LLP as counsel of record in the ECF system.

Dated: New York, New York
       August 18, 2020

_____
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE