**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
    -against-                             :    No. 20 Cr. 233 (JFK)
                                         :
MILESH TALREJA,                          :         **ORDER**
                                         :
                         Defendant.       :
------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020

**JOHN F. KEENAN, United States District Judge:**

    On March 26, 2020, Defendant Milesh Talreja entered a plea of guilty in Magistrate's Court to an information charging him with one count of bank fraud. The Court accepted Talreja's plea on April 16, 2020, and scheduled his sentencing for September 14, 2020. On June 21, 2020, the Government informed the Court that Talreja had removed his GPS monitor and fled. The following day, the Court issued a bench warrant for his arrest. To date, Talreja's whereabouts are unknown and he remains a fugitive from justice.

    On August 18, 2020, Talreja's counsel of record ("Defense Counsel") filed a letter motion to withdraw. Defense Counsel explained that they have had limited communication with Talreja, he has proceeded with a course of action contrary to their advice, and Talreja has asked Defense Counsel to file the instant motion to withdraw.

    On August 19, 2020, the Government filed a letter opposing Defense Counsel's request on the grounds that the fugitive

disentitlement doctrine bars Talreja from seeking relief from the Court while refusing to submit to its jurisdiction, <u>Molinaro v. New Jersey</u>, 396 U.S. 365, 366 (1970), and because discharging Defense Counsel would leave Talreja unrepresented in his own criminal case.

The Court agrees with the Government. Accordingly, Defense Counsel's motion to withdraw is DENIED. Defense Counsel shall remain Talreja's counsel of record until such time as Talreja returns to the Court.

**SO ORDERED.**

Dated:  New York, New York
        August 24, 2020

*[signature]*
John F. Keenan
United States District Judge