UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
        -against-                        :   No. 20 Cr. 233 (JFK)
                                         :
MILESH TALREJA,                          :   **ORDER**
                                         :
                        Defendant.       :
-------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

    On March 26, 2020, Defendant Milesh Talreja entered a plea of guilty in Magistrate's Court to an information charging him with one count of bank fraud. That plea was accepted by this Court on April 16, 2020. Talreja's sentencing is scheduled for September 14, 2020. The Government reported that on June 21, 2020, Talreja fled the jurisdiction. On June 22, 2020, this Court issued a bench warrant for his arrest.

    On August 17, 2020, Talreja sent an email to one of this Court's colleagues regarding a sealed proceeding. On August 18, 2020, Craig Lockhart, of the law firm Fox & Staniland, Australian counsel for Talreja, also sent an email to this Court's colleague concerning the sealed proceeding. Talreja is represented by Ilene B. Jaroslaw and Alisha L. McCarthy of New York City in United States v. Milesh Talreja, 20 Cr. 233 (JFK) (S.D.N.Y.). It is hereby

    ORDERED that any application by Talreja or any person purporting to act on his behalf with respect to any proceeding

1

in this Court must be filed by an attorney admitted to practice before this Court following Talreja's arrest by or surrender to United States law enforcement in connection with the pending prosecution against him in <u>United States v. Milesh Talreja</u>, 20 Cr. 233 (JFK) (S.D.N.Y.).  Until Talreja is in custody on this case, <u>United States v. Milesh Talreja</u>, 20 Cr. 233 (JFK) (S.D.N.Y.), no submission by him or anyone purporting to act on his behalf will be recognized by me or my above-referenced colleague.

**SO ORDERED.**

Dated:   New York, New York
         August 24, 2020

                                          _____
                                          John F. Keenan
                                          United States District Judge