

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2020

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Milesh Talreja</u>, No. 20 Cr. 233 (JFK)

Dear Judge Keenan:

    The Government respectfully writes to oppose defense counsel's letter application, of today's date, requesting a 30-day adjournment of the defendant's September 14, 2020 sentencing.[1] In light of defense counsel's concerns, the Government would not object to an extension of the deadline for sentencing submissions, which are currently due August 28, 2020.

    On or about June 21, 2020, the defendant removed his GPS ankle bracelet and absconded while on bail. On June 17, 2020 — five days before the defendant fled — the Court set the current sentencing date of September 14, 2020. The defendant thus has had ample notice of his sentencing date. Should the defendant fail to appear as directed, he will have committed the additional crime of bail jumping, in violation of 18 U.S.C. § 3146, and the Government may initiate a prosecution on that basis. An adjournment of the sentencing date, however, would excuse the defendant from appearing and thereby defer his criminal liability for bail jumping (and permit the defendant to avoid, for at least 30 days, the sentencing itself).

    The Government is not unsympathetic to the difficulties cited by defense counsel. These difficulties, however, are occasioned by the defendant's own actions. It would be inappropriate for the defendant to gain an advantage — *i.e.*, the delay of his criminal liability for bail jumping — by choosing to remain a fugitive or by refusing to communicate with his lawyers. That said, to the extent the defendant's actions have made it more challenging for defense counsel to discharge their duties, the Government respectfully suggests that an extension of the deadline to submit

---

[1] The Government takes no position on defense counsel's request for appointment under the Criminal Justice Act, but notes that the defendant has not submitted a financial affidavit.

sentencing submissions to September 7, 2020 — representing two weeks from today's date and one week before sentencing — may be appropriate.[2]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc: Ilene Jaroslaw, Esq. (*by ECF*)
　　Alisha McCarthy, Esq. (*by ECF*)

---

[2] Should the Court keep the current sentencing date of September 14, 2020, in light of current limitations on the operations of the Court, the Government respectfully suggests that the Court permit the parties' attorneys to dial in by teleconference or videoconference, but direct the defendant to appear in person. The Government is prepared to send an employee to the Court to advise, in real time, whether the defendant has appeared as directed.