```
                                           USDC SDNY
                                           DOCUMENT
UNITED STATES DISTRICT COURT               ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK              DOC #:
------------------------------ X           DATE FILED: 8/25/2020
UNITED STATES OF AMERICA,       :
                                :
     -against-                  :          No. 20 Cr. 233 (JFK)
                                :
MILESH TALREJA,                 :                ORDER
                                :
                    Defendant.  :
------------------------------ X
```

**JOHN F. KEENAN, United States District Judge:**

On August 24, 2020, counsel of record for Defendant Milesh Talreja[1] ("Defense Counsel") submitted a letter under seal to request (1) a 30-day adjournment of Talreja's sentencing, which is currently scheduled for Monday, September 14, 2020 at 11:30 a.m., and (2) their appointment pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Shortly thereafter, the Government filed a letter opposing Defense Counsel's request for an adjournment but taking no position on their request for appointment.

Defense Counsel's request to adjourn Talreja's sentencing is DENIED. However, the deadline for all sentencing submissions, currently scheduled for Friday, August 28, 2020, is extended to Wednesday, September 9, 2020, to give Defense Counsel additional time to prepare for sentencing. The Court

---

[1] On or about June 21, 2020, Talreja, who had been released on bail subject to certain conditions, removed his GPS monitor and fled. The Court issued a bench warrant the following day. To date, Talreja's whereabouts are unknown and he remains a fugitive from justice.

will decide Defense Counsel's request for appointment during Talreja's sentencing.

It is FURTHER ORDERED that Talreja must appear in-person in Courtroom 20-C for sentencing on Monday, September 14, 2020 at 11:30 a.m.; Defense Counsel and counsel for the Government may appear telephonically if they so choose. Counsel are directed to inform the Court whether they will appear in-person or telephonically by no later than 12:00 p.m. on Thursday, September 10, 2020.

**SO ORDERED.**

Dated:  New York, New York
        August 25, 2020

                                                                              *[signature]*
                                                                  John F. Keenan
                                                         United States District Judge