```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------- X
UNITED STATES OF AMERICA,          :
                                   :
     -against-                     :     No. 20 Cr. 233 (JFK)
                                   :
MILESH TALREJA,                    :          **ORDER**
                                   :
                    Defendant.     :
------------------------------- X

**JOHN F. KEENAN**, United States District Judge:

   Talreja's sentencing, currently scheduled for September 14, 2020 at 11:30 a.m., is adjourned to Wednesday, September 16, 2020 at 11:00 a.m. in Courtroom 20-C, during which the Court will sentence Talreja <u>in absentia</u> if he fails to appear.

   It is FURTHER ORDERED that Talreja, himself, remains ordered to appear in-person in Courtroom 20-C on Monday, September 14, 2020 at 11:30 a.m.

**SO ORDERED.**

Dated:   New York, New York
         September 10, 2020        *John F. Keenan*
                                   _____
                                   John F. Keenan
                                   United States District Judge