# Exhibit A

# EXPRESS EASY  XED DHL

2020-09-01 XMLPI 6.2 / *90-1604*

**From:** SURESH MEHTA
SURESH MEHTA
UNIT 3,
3-7 PORTER LANE
2075 ST IVES N S W
AUSTRALIA

**Origin:** SYD

**To:** PHILLIPS NIZER LLP
ILENE JAROSLAW
485 LEXINGTON AVENUE
NEW YORK 10017
**10017 NEW YORK** New York
UNITED STATES OF AMERICA

**Contact:**

## CVG US-ZYP-TSS

Day    Time

Ref: 84546B    Pce/Shpt Weight    Piece
**0.5 kg    1 / 1**

Contents: DOCUMENTS



WAYBILL 85 8750 8064

(2L)US10017+60000000



(J) JD01 4600 0081 5799 1330

Suresh D. Mehta
Po Box 423
St Ives, NSW 2075
AUSTRALIA

30th August 2020

The Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>**RE: United States v. Milesh Talreja**</u>           **20. Cr. 233 (JFK)**

Dear Judge Keenan,

I write this letter in support of my son, Milesh Talreja who stands for sentence in your court on September 14, 2020.

My son Miles was born in 1990 in Sydney, Australia to myself and my wife, Janet. I am a naturalised Australian Citizen who immigrated to Australia from India in 1981. My wife Janet was born in Australia, to refugee parents who fled from what was then Communist Yugoslavia, arriving in Australia in 1956. Miles is our first child, we also have a daughter born in 1992 and a US Citizen grand-daughter born in 2018. No member of my family has any criminal convictions, with the exception of my son.

Miles has always been an exceptionally intelligent child, but has suffered constantly from impulsivity and difficulty managing stress. Whilst performing at a high academic level throughout his schooling, he suffered from bullying due to his rather timid nature and distinctly "un-Australian" dislike of sport. He unfortunately was forced to change schools in all but the final two years of high school due to difficulties adapting to social norms within the Sydney North Shore's tight knit, affluent, non-immigrant community. My wife and I did everything we could to support him, including sending him to school in Hong Kong for two years. Sadly, whilst in Hong Kong, Miles experienced serious psychological and physical trauma at the hands of my eldest nephew, who in 2005 viciously assaulted my son in my Brother's home, whilst suffering from a manic episode. I don't believe Miles has ever been the same since he returned to Australia after attempting to commit suicide by prescription drug overdose in Hong Kong in mid 2006.

When Miles returned to Australia in 2006, he was immediately taken to a psychiatrist who diagnosed him with Bipolar-affective disorder and clinical depression. The same Doctor, Dr. Kam S. Wong concurred with the diagnosis of a Hong Kong based Psychiatrist, Dr. Desmond S.S Fung, that Miles, at the age of sixteen, as a result of this horrific attack at the hands of his cousin was not only bipolar but also suffering from Post-Traumatic Stress Disorder. Despite this, Miles graduated Sydney's elite King's School in 2007 with school colours, being recognised by his Headmaster Dr. Timothy Hawkes for his outstanding achievement in performing arts.

Miles struggled after finishing high school, and despite being accepted to University, he committed a number of fraud offenses to fund a six- month jaunt around the world in 2008. The prinicipal financial victim of this pattern of offending was in fact, myself. He was arrested in July 2008, after telling me, and his doctors that he just wanted to "run away and start a new life." Instead, he put himself on a trajectory to disaster, culminating in him leaving Australia in December 2010 permanently. He served a brief sentence of imprisonment in Australia for these crimes, but had given up hope in himself. He told myself and my wife on Christmas Day 2010 that he intended to leave Australia the following day, and never return. We were sceptical of Miles' ability to remain away from home and expected he would be back relatively quickly. Miles has never returned to Australia.



In that time, I have watched my child self-destruct. He has formed no roots, chosen no place to live, and has remained separated from his family, across an ocean and two continents. Despite this, my son always has, and always will, remain an integral part of our family. I have always supported him and I will continue to. He seems almost obsessed with wanderlust, unable to stop getting on and off planes and it almost appears as if he fears settling down in a single place, because in my opinion that would solidify his decision to leave Australia – a decision I know he has always regretted.

Before I move on to explain to this court the incredible transformation I have witnessed in my son during the last two years, I want to tell you a little bit about the man he is. It is important for the court to see my son through the lens of those that love him, as opposed only through the lens of a prosecutor and probation officer. My son has never stopped being a part of our family. He calls and speaks to us regularly, and is a rock in all of our lives. He has a generous heart, adores his family and would do anything to protect us. He has not been with us physically, but he has never left our hearts and never left our minds. We fly to meet him as often as we can. He speaks to us every day. Not only is he an incredible source of inspiration to me and my wife, he is also extremely close to my youngest Brother and has always been available to him in times of adversity as a friend, nephew and confidante. He is also the most important person in my ninety-year old Father-in-law's life. Following the tragic death of my mother-in-law in 2018, one day before the birth of our granddaughter, Miles has done everything he can to give his grandfather the will to live. He speaks to him regularly, consoling him and giving him a reason to stay alive - My son has committed crimes, but my son is not a criminal. Whilst oxymoronic, I believe Miles is a moral person, who lost sight of morality somewhere along his journey. Every crime my son has committed has been to survive – and whilst I do not condone, accept, promote or encourage any of the illegal things he has done, I cannot and will not ever believe that my son has ever acted maliciously. To paraphrase a famous proverb, "[Miles] has not a single mean bone in his body."

Where we can, over the years, we have tried to financially support him to help him break the cycle. But to break the cycle, Miles had to make that decision on his own. [Redacted]

[Redacted]

[Redacted]

I am brutally aware that in November 2019, Miles committed yet another fraud, this time in the United States. This is inexcusable, but it is not unexplainable. [Redacted] [Redacted] Miles' occasional Manic Episodes lead him to walk into a bank to get a credit card. He had no income. [Redacted] [Redacted] He tells me that the bank wanted to see he had the funds to repay his credit card. In a fit of manic hysteria, he wrote a $500,000.00 cheque in purple highlighter that he never expected to clear. It cleared. And in the throws of this same manic episode, Miles walked into the bank and withdrew a little under one-fifth of that cheque. Two of the "wire transfers" from these proceeds were sent to me – in order for him to repay money that our family provided him over the previous few years. I did not know that it was derived from crime. [Redacted] [Redacted] I never expected repayment. Miles did not walk into a Porsche dealership and buy himself a cabriolet, and he did not stop at Saks to pick up a Rolex. He sent this money home, to me, to try to mitigate the financial ruin he left has left us in over the last decade. It's not acceptable, it is criminal, but in a twisted, oxymoronic way, he believed it was the right thing to do.



Since his arrest, he has lived in fear. He has described the conditions of custody in the United States to me. How an advanced democracy can subject a person to sleeping in a cell in the middle of winter with a single blanket, or have such corrupt corrections' personnel as to allow a loaded firearm into the very unit where my son, on a **bank fraud** charge was being held is incomprehensible to me as an Australian. He tells me for two days he was refused toilet paper and had to resort to using newspaper. He also tells me that he was allowed to shower once in freezing cold water at 3:30am, at gunpoint during the lockdown. He tells me he was referred to as a "sand nigger" and a "terrorist" by members of a specialist unit looking for the firearm at MCC. I am told he had to walk barefoot through a prison to be x-rayed to ensure he had no contraband in his body despite the presence of infectious diseases, syringes, needles and broken glass strewn throughout the prison. Your Honour, these allegations are horrific, and the fact a non-violent, co-operating witness were subjected to them are in my assessment, appalling.

I am also acutely aware of the fact that the US Government, and particularly the Trump Administration are denying the fact that the United States has the world's highest mortality rate from COVID-19. The BOP website tells me that in US Federal Custody, 1,468 federal inmates have tested positive for the virus, and 117 inmates have died. This is completely unacceptable and demonstrates to me that Federal Prison in the United States is not remotely safe from the effects of this virus. Imprisoning my child, again, after [Redacted] and the horrific conditions he was held in during Februrary and March would be a-kin to a death sentence. I ask you to consider this when you sentence him. I ask you to take stock, and ask yourself, what utility is to be gained from imprisoning a mentally ill man, who has never in his life engaged in violent behaviour, [Redacted] in the midst of a global pandemic, a pandemic that the World agrees the US Government has monumentally mishandled?

My son is not the same person he was three years ago. He is reformed. His untreated bipolar disorder lead him to commit a crime which was unsophisticated and not even completed in full. The collateral consequences he has faced, [Redacted] are in my opinion punishment enough. I ask that you consider all of this when you sentence him. I ask that you show him leniency, but mostly, I ask that you accept that my son needs help, and a prison is not where he is going to get it. He is going to get it back at home, with his family, where we will rehabilitate him, cherish him and make sure he follows the path [Redacted] That cannot happen if he is sentenced to prison in the United States.

I have worked all my life to provide for my family, with honour and integrity. I am seventy-one years old. I still have a little while left Your Honour, and I ask you, to let me do what I have to as a father here. Please do not put my child away and throw away the key. Let him come home to us here in Australia and trust me to do as I have done all my life, respect the law, respect morality – and trust me to help my son. A prison cell is not going to rehabilitate him. All it may do is kill him. His family, and our unwavering support is what will rehabilitate our son. Should you be so just, and so merciful as to acknowledge that condign punishment is not the answer here, I give you my word, I will do everything I can to ensure my son never offends again. With love, respect and honour, I will raise my son again, as if he has been reborn. I know he wants to reform, in fact, I believe he is reformed. I know he regrets every minute of his life to date. And I know that desperation for redemption and those many years of regret, coupled with our support will be just what he needs to stay the course he was so aptly on and come out of this as a better person, a reformed person, a person that I can be even prouder of.

Yours sincerely

Suresh Mehta