# Exhibit B



https://www.cjis.gov/jabs/fs/2020/02/05/61122143_F.JPG