# Exhibit C

Mr Simon McGuinness  
23/1 Owens Avenue  
Newington, 2127, NSW  
Australia

The Hon. John F. Keenan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

### RE: United States v. Milesh Talreja          20. Cr. 233 (JFK)

To the Honourable John Keenan,

I am writing to you to provide you with some insight into the character of Mr Milesh Taljrea, whom I have known for over a decade.

I first met Milesh in 2007 when we were both students in our final year at The Kings School. Despite only at the school for a short period, Milesh was awarded honours for academic achievement and in the dramatic arts.

Whilst Milesh is gifted with a rare degree of intellect, he has far more valuable character traits, which I hold very dear. He is a man of fierce loyalty and emotional depth. I never undervalue his capacity to care and unrelenting kindness to others.

Throughout the past decade, I have experienced several severe bouts of depression and there is arguably nobody more dominant in seeing me through the other side than Milesh.

He is a man I can always count on; be it a sympathetic ear, a word of advice or encouragement or an unrequested act of kindness. He makes himself available at any hour of the day or night for those he cares about. And fortunately for myself, I am one of those.

Of course, he has made his mistakes. I am not privy to the intricacies of his indiscretions, but I can only speak for the sincere regret that he now bears for those lapses in judgement. Milesh wants to make amends for his past blunders and he has the intelligence, mental resolve and intestinal fortitude to implement this amendment and rectify the path of his life.

Milesh first made these mistakes when he was young. Who hasn't made mistakes in their youth? It would be a great injustice to rob the world of the positive influence Milesh can now bestow on it.

It must also be illustrated that for the past two decades, Milesh has struggled at times to properly understand and control his mental health. This has no doubt played a part in his decision making at times. I am incredibly proud of the maturity he has shown to get a grip on his mental health and he is now remarkably in control of his life and is simply a blessing to those close to him.

I am more than happy to vouch for Milesh Talreja in any instance. He is a man I would trust with my life and a man I love very deeply.

Yours sincerely,



Simon McGuinness