# Exhibit D

Eliza McGrath
35B Arthur Street
Tranmere, SA 5073
AUSTRALIA

2nd September 2020

The Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United States v. Milesh Talreja          20. Cr. 233 (JFK)

Dear Judge Keenan,

I am writing to provide a character reference for my friend of twelve years, Milesh Talreja.

I have known Miles since I was in Year 10 in school. We have practically grown up together since we were teenagers. I have seen his ups and his downs and I know he has done things that aren't right, and he has broken laws. I also know though, that deep down he is a kind, generous person that genuinely cares about the welfare of others.

I myself am struggling with depression, anxiety and borderline personality disorder. I have recently been though a very difficult period in my life. I can always count on Miles, day or night, no matter where in the world he may be, to be there for me, to console me and to tell me that everything is going to be OK. I know that he has fought all his life against forces around him, and he is one of the strongest people I know. He has given me the courage to confront my demons and has always been there to support me. On my most recent hospital admission, Miles was on the phone to the doctors and nurses all night to make sure that I was being looked after.

It is not appropriate for me to comment on his crimes, or the way he has chosen to live his life over the last several years. I don't accept that he should be given a free pass for some of the things he has done however he has already served a considerable amount of time for these actions and in incredibly poor conditions. He has suffered, I can see it in his face and hear it in his voice. This is a person who despite his own suffering has always been there to ease the suffering of others. Despite having left Australia so long ago, the few of us that remain in his life depend on him to ease our own pain and lean on him in times of need. He has never put himself first. He never complains. He is always there for me, and for others to know that they are cared about. I am not sure that without his unwavering support I would even be alive today to write this letter.

I do not know how this ends for him. But I think it is very important for the court to know the kind of person he really is. He is dependable, kind, thoughtful and a true friend. Please take this into consideration when you decide his fate. The world is a better place with him in it.

Yours Sincerely,

*[signature]*

Eliza McGrath