**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA

　　　-against-

MILESH TALREJA

------------------------------------x

**ORDER**

20 CR 233 (JFK)
Docket #

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2020

　　　Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

　　　According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

　　　IT IS HEREBY ORDERED that ____Ilene Jaroslaw, Phillips Nizer LLP____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_[signature]_
**Attorney's Signature**

Ilene Jaroslaw, Phillips Nizer LLP
Print Attorney's Name

485 Lexington Avenue
Address

New York, NY 10017

(212) 841-1343
Telephone

SO ORDERED:

_John F. Keenan_
Presiding Judge

_Colleen McMahon_
Chief Judge

10/1/20
DATED

10/1/20
DATED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES,

v.

MILESH TALREJA,

          Defendant.

------------------------------------------------------------ x

Case No. 20 CR 233 (JFK)

**DECLARATION OF ILENE JAROSLAW IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL UNDER THE SDNY CRIMINAL JUSTICE PLAN**

     ILENE JAROSLAW, an attorney duly admitted to practice before this Court, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

     1.    I am a partner with the firm of Phillips Nizer LLP, and was counsel of record for the defendant, Milesh Talreja, in the above-captioned action. I submit this declaration in support of my motion for appointment under Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan).

     2.    I respectfully request authorization to be compensated for the time spent representing Mr. Talreja in his criminal case before this Court. My request is made pursuant to the CJA Plan and the Criminal Justice Act, 18 U.S.C. § 3006A. For the reasons set forth below, the Court should find that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc., or a member of the Criminal Justice Act Panel to represent the defendant.

     3.    I was admitted to the Bar of the State of New York on March 1, 1989, and was admitted to the Bar of this Court on March 15, 1989. I earned my bachelor's degree from Harvard College in 1984 and a law and master's degree from Georgetown University in 1988. I

served as an Assistant U.S. Attorney for the Eastern District of New York from January 1991 through December 2013.

4.     My co-counsel in the above-captioned case, Alisha McCarthy, earned her bachelor's degree from Harvard College in 2006 and a law degree from Georgetown University in 2011. Ms. McCarthy was admitted to the Bar of the State of New York in 2012 and admitted to the Bar of this Court in or around 2013.

5.     Mr. Talreja engaged Phillips Nizer LLP to represent him in his criminal case on February 5, 2020, the day of his arrest. We represented him at all stages of the case, from his initial appearance through sentencing, including plea and bail negotiations, status conferences, and matters relating to Pretrial Services and the U.S. Probation Office. Ms. McCarthy and I regularly communicated with Mr. Talreja and provided him with legal advice throughout the pendency of the criminal case.

6.     Despite Mr. Talreja's commitment to pay our fees, we received no monetary compensation for our services. This Court denied our motion to withdraw from the case on August 24, 2020.

7.     Mr. Talreja was sentenced on September 16, 2020, and the judgment was entered on September 23, 2020. No further proceedings in the district court are expected.

8.     During the course of our engagement, I spent a total of 127.7 hours working on this case and Ms. McCarthy spent 64.5 hours on the case. We kept thorough daily time records in 0.1 hour increments and are prepared to provide those records to the Court.

9.	I respectfully request that the Court enter the proposed Order submitted with this Declaration to authorize disbursement of CJA funds as compensation for our legal services in this criminal case.

Dated: September 23, 2020
       Brooklyn, New York

                                                ILENE JAROSLAW